SCANNED at WVCF and Emailed on
11-20-18 by SR - 13 pages.
(date) (initials) (num)

SCANNED at WVCF and Emailed on
11-26-18 by QS - 13 pages.
(date) (initials) (num)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICRT OF INDIANA
TERRE HAUTE DIVISION

CHRISTOPHER MCCASTER, )
    Plaintiff, )
     )
V )    Cause No. 2:18-CV-00251-WTL-DLP
     )
S. GONZALEZ, et al., )
    Defendants. )

FILED
2:40 pm, Nov 26, 2018
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Comes now the Plaintiff, Christopher McCaster, pro-se, moving this Court for Leave To File Amended Complaint. On November 2, 2018, the Court granted the Plaintiff an extension of time of November 30, 2018, in which to file his Motion For Leave To File **AMENDED COMPLAINT**. For the Court's convenience, the Plaintiff has **BOLDED** all of the new information that has been amended which adds **Sgt. WATSON** and **C/O STEVENS** as additional defendants. The Plaintiff has also **BOLDED** Ground #5 which pertains directly to Sgt. Watson and C/O Stevens. The **FACTS** that pertain to these defendants have also been **BOLDED** and numbered 1- , at the end of the original Facts. The Plaintiff has also amended the Relief Section of the original Complaint.

The Amended Complaint also contains the names of defendants; **Cpt. MASON, Sgt. TOUKETTE, and C/O MYERS,** who the Court dismissed and the Plaintiff has **SHOWN CAUSE**, why these three (3) defendants should be **RE-ADDED** as defendants in his Belated Identification of Claims Not Previously Identified By The Court, which has been contemporaneously filed with this Motion and Amended Complaint.

**WHEREFORE** the Plaintiff prays that this Honorable Court will **GRANT** the Plaintiff permission to file his **AMENDED COMPLAINT** by **ADDING** Sgt. Watson and C/O Stevens

F-15                      1

as **DEFENDANTS** to this case for cause.

Respectfully submitted,

Christopher Joe McCaster #210738
Christopher McCaster / Plaintiff pro-se

## CERTIFICATE OF SERVICE

I do hereby certify on this 20 day of November 2018, that I have submitted the foregoing to the WVCF Law Library for Electronic Filing. ALL parties will be notified of the filing and can access the filing through the Court's EM/ECF computer system.

Christopher Joe McCaster
Christopher McCaster / Plaintiff pro-se

F-15     2