UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JOE MCCASTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:18-cv-00251-JPH-DLP |
| | ) | |
| MCKINNEY Segerant, | ) | |
| SHAW Segerant, | ) | |
| S. GONZALEZ C/O, | ) | |
| WATSON Sgt., | ) | |
| GRANT STEPHENS C/O, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Doris L. Pryor's Report and Recommendation, dkt. 42, recommends that Plaintiff's motion for preliminary injunction be denied because the requested relief should be pursued through discovery rather than through the extraordinary remedy of a preliminary injunction. No party has objected to the Magistrate Judge's Report and Recommendation and the time to do so has expired. *See* dkt. 42 at 2.

The Court APPROVES and ADOPTS Magistrate Judge Pryor's Report and Recommendation, dkt. [42]. Plaintiff's motion for preliminary injunction, dkt. [31], is DENIED.

**SO ORDERED.**
Date: 1/17/2019

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

CHRISTOPHER JOE MCCASTER
210738
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only

Joshua Robert Lowry
INDIANA ATTORNEY GENERAL
joshua.lowry@atg.in.gov

Jonathan Paul Nagy
INDIANA ATTORNEY GENERAL
jonathan.nagy@atg.in.gov