SCANNED at WVCF and Emailed on
2-1-19 by OP - 15 pages.
(date) (initials) (num)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
10:10 am, Feb 01, 2019
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

| | |
|---|---|
| CHRISTOPHER MCCASTER, )<br>　Plaintiff, )<br>　 )<br>V )<br>　 )<br>S. GONZALEZ, et al., )<br>　Defendants. ) | Cause No. 2:18-CV-00251-JPH-DLP |

## PLAINTIFF'S SECOND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Comes now the Plaintifrf, Christopher McCaster, pro-se and pursuant to the Courts Entry dated January 7, 2019, [Doc 44], moving this Court to **GRANT** the Plaintiff Leave To File Amended Complaint. Pursuant to the Court's Entry, the Plaintiff has until Fenruary 4, 2019, in which to file this motion. The Plaintiff has contemporaneously filed the **AMENDED COMPLAINT** with this filing. To assist the Court with its review, the Plaintiff has **BOLDED** the portions of the Amended Complaint that has been amended.

**WHEREFORE** the Plaintiff prays that this Honorable Court will **GRANT** this Motion For Leave To File Amended Complaint and accept the **AMENDED COMPLAINT** as submitted.

Respectfully submitted,

*Christopher Joe McCaster*
Chirstopher McCaster / Plaintiff pro-se

F-15

1