UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

Mr. Christopher Joe McCaster#210738,    )
                  Plaintiff,    )
                          )

      vs.                    )
                          )

C/O S.Gonzalez,             )  Case No.: **2:18-CV-00251-JPH-DLP**
Sgt. Mckinney,              )
Sgt. Shaw,                  )
Sgt. Watson,               )
C/O Stevens,               )
**Sgt. TOUKETTE,**         )
**C/O MEYERS,**           )
           Defendant,    )
                          )

# <u>AMENDED COMPLAINT</u>

## II.    PARTIES

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff:

    Name: Mr.Christopher Joe McCaster

    Identification Number # 210738

    Address: Wabash Valley Correctional

    P.O.BOX 1111, Carlisle, IN 47838

B. Defendant(s)

    Name: Ms.S.Gonzalez
    Title: Correctional Officer (K) Bracket
    Address: Pendleton Correctional Facility
    4490 W.Reformatory Road, Pendleton, IN 46064
    Individual and in her official capacity;

Name: Mr.Mckinney
Title: Segerant (K) Bracket
Address: Pendleton Correctional Facility
4490 W.Reformatory Road, Pendleton, IN 46064
Individually and in his official capacity;

Name: Mr.Shaw
Title: Segerant (K) Bracket
Address: Pendleton Correctional Facility
4490 W.Reformatory Road, Pendleton, IN 46064
Individually and in his official capacity;

Name: Mr. Watson
Title: Segerant (K) Bracket
Address: Pendleton Correctional Facility
4490 W.Reformatory Road, Pendleton, IN 46064
Individually and in his official capacity;

Name: Mr. Stevens
Title: Correctional Officer (K) Bracket
Address: Pendleton Correctional Facility
4490 W.Reformatory Road, Pendleton, IN 46064
Individually and in his official capacity;

**Name: Mr.Toukette**

**Title: Segerant (K) Bracket**

**Address: Pendleton Correctional Facility**

**4490 W.Reformatory Road, Pendleton, IN 46064**

**Individually and in his official capacity;**


**Name: Mr.Myers**

**Title: Correctional Officer (K) Bracket**

**Address: Pendleton Correctional Facility**

**4490 W.Reformatory Road, Pendleton, IN 46064**

**Individually and in his official capacity;**

F-15                                             3

### III.   STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:

Jurisdiction over this action exists in the United States District Court for the Southern District of

Indiana because _____ N/A _____

_____

_____

_____

If the same facts alleged or claims made in this suit have been previously presented to any other
state or federal court in an earlier suit, for each such earlier suit identify the parties, the Court in
which it was filed, the docket number assigned to the suit, the status of such earlier suit, (for
example: pending, dismissed, set for trial, on appeal, etc.). and the nature of the disposition if the
earlier case is closed.

_____ N/A _____

_____

_____

_____

_____

### IV.   CAUSE OF ACTION

State which of your constitutional or federal rights, privileges or immunities have been violated
and summarize in one or two sentences what the defendant(s) did to violate your rights in that
regard. If you are claiming that more than one of your constitutional rights were violated, use a
separate paragraph (ground) for each right, privilege or immunity which was violated. If you
have more than three (3) grounds, identify them in a separate attached piece of paper.

Ground 1: My rights to equal "PROTECTION" by Correctional Officer Ms.S.Gonzalez was

violated when she took it upon herself to put my "LIFE IN GREAT DANGER" when she

labeled me a "SNITCH" and knew that what she was doing was putting me in danger this was

clearly in violation of my U.S. Constitution Section 1, and 8th Amendment. My Constitutional

Rights, was stepped on by this Correctional Officer this was "GROSS NEGILEGENCE/DELIBERATE AND INDIFFERENCE." Also she was in violation of "POLICY AND ADMINISTRAIVE PROCEDURES 04-03-103" (PAGE 25,(G),PAGE 27,(K),PAGE 30, (M),because she filed a "FALSE INCIDENT REPORT" which was DISMISSED. On 7-10-17 by the Heads of Disciplinary Hearing for Appeals, They ruled in my "FAVOR" because they looked at the fact that it was a false Incident report of an Assault (After they viewed the camera evidence.) (view; BENEFIELD v. C.O McDOWALL,241 F.3d 1267;2001 U.S. App. Lexis 3338 (PAGE 4 PHASE 3).

Ground 2:The above names that I have given in this suit violated my rights to equal "PROTECTION BY ADMINISTRATIVE" after they were made "AWARE" of what was going on. This violated my U.S. Constitution Section 1,and 8th Amendment so this was "Deliberate Indifference" on their part also this violated the (Policy and ADMINISTRATIVE PROCEDURES 04-03-103 (PAGE 32 (Q),That is set by ADMINISTRATIVE STAFF and C/O's. As you will see I went over board to reach out for help from staff. That's what I was suppose to do and I was "REFUSED".

Ground 3: My U.S Constitution section 1 and 8th Amendment was clearly violated by "Sergeant McKinney and Sergeant Shaw" there was "GROSS NEGILEGENECE, DELIBERATE AND INFFERENCE when they used EXCESSIVE FORCE on me for (NO REASON)" They clearly violated (3) policy's; (1) was 4-03-103 Policy and Administrative Procedures (E)(J). (2) Is policy 02-01-109 The use of Physical Force.(3) is policy 02-01-113 Policy The Certification and Use of Firearms and Chemical Agents.

Ground 4: I hold the Commissioner Robert Carter Jr, liable for the staff that was suppose to uphold the (Policy and Administrative Procedures of 04-03-103) that is set by him, but not only

F-15                                                                 5

did the staff break the policy but they tried conceal what was done to me and this violated. My
Constitution Rights no matter how you want to look at it. I had a right to be protected and not
Assaulted by staff or refused of help by Administrative Staff when I came forth.

**Ground 5:     The Plaintiff's eight Amendment rights were violated when Sgt. TOUKETTE
and C/O MEYERS FAILED to PROTECT the Plaintiff from being assaulted by other
correctional officers. [See FACTS #6 through #9 bolded below]**

### V.  STATEMENT OF FACTS

State here the FACTS of your case.  You should outline both the facts on which your suit is
based and the particular role of each defendant in those circumstances.

On April 27, 2017, Plaintiff went to Sergeant J. Reed and explained to him that C/O
Ms.S.Gonzalez, had been going around spreading (RUMORS) that I was a "SNITCH" and that I
was turning in notes on other inmates. I explained to him how my life was in "GREAT
DANGER" by this C/O and he ignored me.(So I filed a Grievance, On 5-6-17 on him for failure
to do Incident report or let anyone know what was going on )(On 5-19-17 he respond and
supports what I'm saying.)But because he didn't do his job my (LIFE) was put in greater danger.
On the 28,29,30th  ,which led to me being assaulted by two(2) Sergeant on April 30th.(SEE
EXHITBIT-1)

Now on April 28,2017 C/O Ms.S.Gonzalez, came and stood on my range in front of my cell and
yelled to the cell house that I was a "Snitch" and I was the one turning in snitch notes. C/O
Hardesty was at the control box at the end of 6-D range.(NOTE: This was on CAMERA).I wrote
another grievance and told other C/O's and a Sergeant.(SEE EXHITBIT-2)

On April 29,2017 C/O Ms.S.Gonzalez, came in and started from the moment she did her first
walk on the range. I was the first person for phone and kiosk's I ask her to please get another
C/O or a Sergeant. So at that time C/O S.Gonzalez, started to yell out is you going to go or not;

you "Snitch" so I just kept on saying will you please get another C/O up here or Sergeant.(So as you will see on CAMERA).C/O Myers, came though the back door of 6D D/S range and cuff me up and took me to the phone and kiosk. Now he was taking me down to the phone and kiosk he ask me is she still on what she was on yesterday? I said yes! Can you let the Sergeant know I need to see him, "he said yes", but we are real short staff it will be a minute. But I will let him know then he went back to the other side, So when it was time for me to go back to my cell C/O S.Gonzalez started up again so I ask her to please call C/O Myers, back or the sergeant. Well Sergeant Toukette came before he could get the hand cuff on me C/O S.Gonzalez, kept yelling and calling me a "Snitch" and a "Rat" and was like everyone know you the one dropping kites on everyone so I looked at the Sergeant Toukette, and said this is what I'm talking about sir. He didn't say anything then the next thing we both knew C/O S.Gonzalez, called a signal and "Yard Crew with Capt. Mason" ran in the cell house. At that time I spoke with Capt. Mason explained to him what was going on. At that time he asked Sergeant Toukette, was he one who called the signal and he was like no "Gonzalez" he was like ok I will deal with this then before he could say another word C/O S.Gonzalez came around the corner yelling. That's when Capt. Mason, told yard crew C/O Stevens, to take me to my cell as you will see on(CAMERA,)well when we got to my cell you will see C/O Stevens, standing at my door talking to me trying to find out why she was doing this.(Now I wrote a grievance on this as well.)(SEE EXHIBIT-2)

Now later on that night after 12pm April 30th yard crew was in the cell house dealing with another inmate "Keller#127183",(Note; that there is a letter as well from Inmate "keller#127183 to support.)This was because of C/O S.Gonzalez, as well everyone could hear "Sergeant McKinney", yell to C/O S.Gonzalez to get the cuff port on the cells locked now. Well when she got to my cell 20 on 6D D/S she tried to say mines wouldn't lock,(Please let the "RECORD

F-15                                                    7

REFLECT" that she had walked 6D several times, also the locks was "BRAND NEW" on the cell doors).Well as you will see on "CAMERA", she tried to make it look like mines wouldn't lock so I ask her to please to get the Sergeant Toukette or C/O Myers, up there then she lock it. Well as she turn away and walked away she got a couple cells down like in front of Cell-18,then she called a signal and Sergeant Toukette and C/O Myers came though the back of 6D at that time. On camera they both ask her what was going on she "LIED" and said that I had "SPIT" on her. You will see they looked her over and when they seen that she was "LYING" to them. They both talked to me then they left and told me don't worry about it because they seen that she was lying (Note; they both was aware because they was dealing with it since the 28[th].)Well about 20 to 30 minutes later I was sitting in my cell and "Yard Crew" came to my door and didn't say anything it was three sergeants and one C/O,"SERGEANT SHAW" and "SERGEANT McKINNEY" started to spraying me for "NO REASON." at all.("Note when you view the camera you will also see C/O Stevens and Sergeant Watson there".)But you will see both of the above sergeants use "EXCESSIVE FORCE" with "CHEMICAL AGENTS" and when they got me outside of the cell. Clearly they violated the POLICY-02-01-113 with what was done.(Now when you look at the facts this was "CLEARLY A BOLD" and "PRE-MEDITATED ATTACK" by both sergeants on me. Also let the "RECORD REFLECT" there was "NO CONDUCT REPORT" written on me for anything at all by either one of the sergeants or the C/O to "JUSTIFY" their actions. (On the grounds of me "RESISTING" or "REFUSING TO CUFF UP", Because it never happen.) "So I wrote a grievances on this as well,(SEE EXHIBIT-3)

Now on 5-4-17 I was told by ACA/Policy Coordinator that my issue was being sent to (II) to INVESTIGATE, but I was refused an investigation by (II) by "HUBERT DUNCAN". So I went forward with my grievances. which at that time I had every right to but I was "DENIED TO

MOVE FROWARD DO TO THE POLICY 00-02-301.By Ms.J.Schurman on 6-27-17,Because she tried to say that "ALL MY COMPLAINTS,GRIEVANCES and GRIEVANCE APPEALS" was ruled late.(The question I ask is how is that when she had "ALL" of them?)Please let the record reflect that I wrote a "GRIEVANCE" on the "ADMINISTRATION and COUNSELOR D.ARONLD" but Mr.Aronld explained to me that he turned all my grievances in and after that he don't know what happen to them but they was turned in on time by him. I was told that there was an Investigation been done what I didn't understand is why the "EXECUTIVE ASSISTANT" tried to "CONCEAL A CRIME" by staff this was "GROSS NEGLIGENCE" on her part. (This violated the Grievance Policy 00-02-301, because when an Investigate is "ORDERED by THE ADMINISTRATION" everything "STOPS.")(Please view MICHAEL ROSS V. SHAIDON BLAKE, SUPREME COURT OF THE UNITED STATES 2016 U.S LEXIS 3614 No. 15-339.)(Now once again I did what I was suppose to DO,I then went a step further to get "HELP and for it to be on RECORD" so I wrote a letter to "MAIN GRIEVANCE OFFICE in INDIANAPOLIS" "DEPARTMENT OFFENDER GRIEVANCE MANAGER OF THE INDIANA DEPARTMENT OF CORRECTION,302 W. WASHINGTON ST.,ROOM E334;INDIANAPOLIS,IN 46204-2760,"and explained what was going on and sent "ALL MY COMPLAINTS,GRIEVANCES and GRIEVANCE APPEALS.(Now this was on 8-9-2017 Counselor D.Aronld took them and sent them out with legal mail but I never heard anything back still to this day.)(SEE EXHIBIT-4)

 Also I had to write a grievance on 5-19-2017, Lieutenant M.Caylor, due to the fact of his "Gross Negligence and Malicious & Intent" to conceal what had happen when he knew the situation he took it upon himself to respond on several "COMPLAINTS" when he wasn't "THERE" and didn't let the staff respond to what happen also he admitted to holding "Informal Complaints,

Grievances and Grievance Appeals" saying he was doing a "Investigation" well if he would have allowed them to go though "GRIEVANCE PROCEDURE 00-02-301" like they was suppose to he would of got the "Answers" he was looking for from the staff. But he wanted to make it like it was a "D.H.B issue" when it "Clearly" wasn't.(SEE EXHIBIT-5).

Now I also wrote to the Assistant Superintendent Duane Alsip and Captain L.Mason. Do to this issue to reach out for help.(SEE EXHIBIT-6).

On 5-25-17 Disciplinary Hearing Officer Ms.Stamper found me guilty on a "Assault with bodily fluid," because she explained that when she reviewed the video it skipped around to much to be able to "CONFIRM or DENY" the incident and on 5-18-17 is when Ms.Stamper, reviewed the video…

Now on 5-31-17 I filed a "Appeal" with the Disciplinary Appeals Hearing officer Mr.King, well a month had passed and I didn't hear anything so on 7-10-17 I wrote to counselor Mr.D.Aronld and asked to call Mr.King or Mr.A.Smith the other head of disciplinary appeals and ask what happen and the same day Mr.A.Smith explained to him they "RULED" in my "FAVOR" already Then on 7-13-17 is when Mr.King sent me my "DISCIPLINARY APPEAL" back that "HE GRANTED."(Note; that I ask them to view the video as well and they did.)(I also got have witnesses statements to support what I'm saying)(SEE EXHIBIT-7)

When you look at the facts in this suit with the "PREPONDERENCE" of EVIDENCE" in this case that I bring before you supports a very strong suit…(I JUST ASK FOR JUSTICE!!!!!)

## AMENDED FACTS

1) Sgt.TOUKETTE and C/O MYERS were the officers in charge and control of the D/S cell-house where the Plaintiff was housed. It was their specific duty to control EVERYTHING and EVERYBODY that enter in the D/S cell-house.

2) When the incident with C/O Gonzalez began,it was Sgt.TOUKETTE and C/O MYERS that responded. When Sgt.TOUKETTE and C/O MYERS defused the situation and would not side with C/O Gonzalez,who went around the corner,out of Sgt.TOUKETTE and C/O MYERS eyesight and called another signal which Cpt.MASON,response crew: Sgt.McKINNEY,Sgt.SHAW,Sgt.WATSON, and C/O STEVENS responded to.

3) NOTHING was done relating to the signal and Cpt.MASON and his crew left the D/S cell-house,canceling the signal.

4) Approximately twenty (20) minutes after Cpt.MASON and his crew left the D/S cell-house,Cpt.MASON'S response crew returned to the D/S cell-house to ASSAULT the Plaintiff.

5) While Sgt.McKINNET and Sgt.SHAW were ASSAULTING the Plaintiff,Sgt.WATSON and C/O STEVENS STOOD ALONG SIDE Sgt.McKINNENY and Sgt.SHAW,and DID NOTHING TO STOP THE ASSAULT,nor did they bother to REPORT THE ASSAULT.

6) **At all times concerning the incident of the Plaintiff's assault, Sgt. TOUKETTE and C/O MEYERS were Correctional Officers assigned to oversee the safty and security of the Plaintiff.**

7) **Sgt. TOUKETTE and C/O MEYERS duties included monitoring the security cameras placed in the locked- down unit where the Plaintiff was housed.**

8) **At the time of the Plaintiff's assault by other correctional officers, TOUKETTE and MEYERS were in the control room watching the assault on the security monitors.**

F-15                                    11

9) **TOUKETTE and MEYERS sat idlely by watching the Plaintiff being assaulted rather than stepping in and STOPPING the assault.That is FAILURE TO PROTECT.**

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

COMPENSATORY DAMAGES: in the amount of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) each from defendants C/O GONZALEZ,Sgt.McKINNEY,and Sgt.SHAW.

FIFTY THOUSAND DOLLARS ($50,000.00) from each defendants

Sgt.TOUKETTE,Sgt.WATSON,C/O MYERS, and C/O STEVENS; For a total of FIVE-HUNDRED,FIFTY THOUSAND DOLLARS ($550,000.00) for the Physical Pain and Mental disturbance that the Plaintiff has endured.

PUNITIVE DAMAGES: in the amount of TWO-HUNDRED,FIFTY THOUSAND DOLLARS ($250,000.00) total from all Defendants divided equally among the Defendants.

### AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this 1ST day of February, 2019.

*Christopher Joe McCoster*
Plaintiff